IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIAN BLACKWELL-MURRAY, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO.   12-5319 |
| PNC BANK, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *8th* day of *August*, 2013, upon consideration of Defendant PNC Bank's Motion for Summary Judgment (Docket No. 17), Plaintiff Christian Blackwell-Murray's Response in Opposition (Docket No. 21), and Defendant's Reply Brief (Docket No. 24), it is hereby **ORDERED** that the Motion is **GRANTED** in its entirety.

**JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on the entirety of the Complaint.

This case is now **CLOSED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
 RONALD L. BUCKWALTER, S.J.